UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

LUCIAN BORUGA                        JURY TRIAL DEMANDED

v.                                   CASE NO.  3:15 cv

PROCOLLECT, INC.

COMPLAINT

1. Plaintiff seeks relief pursuant to the Fair Debt Collection Practices Act ("FDCPA"), l5 U.S.C. § 1692.

2. The Court has jurisdiction. 15 U.S.C. § 1692k and 28 U.S.C. §133l.

3. Plaintiff is a natural person who has resided in Connecticut during 2015.

4. Plaintiff is a consumer within the FDCPA, in that the account involved in defendant's collection efforts arose out of personal medical procedures.

5. Defendant regularly attempts to collect on defaulted personal medical accounts and other consumer accounts such as plaintiff's.

6. Defendant has been a member of ACA International, a collector's trade group, since 2004.

7. Defendant became registered to do business in Connecticut in June 2015.

8. Defendant was not licensed as a consumer collection agency in compliance with chapter 669 Part XII of the Connecticut General Statutes in and after November 2014, when communicating in connection with efforts to collect plaintiff's personal account.

9. Unlicensed collection activity violates the FDCPA. Goins v. JBC & Associates, P.C., 352 F. Supp. 2d 262 (D. Conn. 2005).

10. Defendant sent a collection letter addressed to plaintiff in Connecticut dated

January 7, 2015, demanding an amount that included a 50% collection fee that was not expressly authorized by the agreement creating the debt or permitted by law.

11.     Defendant communicated to credit bureaus the amount demanded in the collection letter.

12.     In the collection efforts, the defendant violated the FDCPA, § 1692e, –f, or -g

WHEREFORE plaintiff respectfully requests this Court to:

1. Award plaintiff such damages as are permitted by law, including $1,000 statutory damages under the FDCPA;

2. Award the plaintiff costs of suit and a reasonable attorney's fee;

3. Award such other and such further relief as law or equity may provide.

THE PLAINTIFF

*/s/ Joanne S. Faulkner*

BY____/s/ Joanne S. Faulkner___
JOANNE S. FAULKNER ct04137
123 Avon Street
New Haven, CT 06511-2422
(203) 772-0395
faulknerlawoffice@snet.net